1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4  E Mail: c.fry@att.net

5  Attorney for JANEIGH MENDOZA,
   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-00316-LKK |
| Plaintiff, | **ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION** |
| v. | |
| JANEIGH MENDOZA, | |
| Defendants. | |

This matter came on before this Court for change of plea hearing on September 10, 2013. The defendant, Janeigh Mendoza, failed to appear for lack of transportation from her home in Manteca, California.  At the request of her counsel, Candace A. Fry, and as agreed by counsel for the Government, Assistant U. S. Attorney Justin Lee, the change of plea hearing was re-set for September 17, at 9:15 a.m.

The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial and, accordingly, that the period

//

//

//

//

from September 10, 2013, through September 17, 2013, shall be excluded from the computation of the time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

IT IS SO ORDERED.

Dated: September 12, 2013

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT